UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH WELDAY, an individual, | ) Case No. 2:13-CV-02439 JAM-EFB |
| Plaintiff, | ) |
| v. | ) **RELATED CASE ORDER** |
| RITE AID CORPORATION, and DOES 1 through 50, inclusive, | ) |
| Defendants. | ) |
| TOM BAUSER, an individual, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:14-CV-01946 TLN-EFB |
| RITE AID CORPORATION, and DOES 1 through 50, inclusive, | ) |
| Defendants. | ) |
| RACHEL CHAVEZ, an individual, | ) |
| Plaintiff, | ) Case No. 2:14-CV-01957 MCE-DAD |
| v. | ) |
| RITE AID CORPORATION, and DOES 1 through 50, inclusive, | ) |
| Defendants. | ) |

1

| | |
|---|---|
| MARK JAEGER, an individual,<br><br>            Plaintiff,<br>    v.<br><br>RITE AID CORPORATION, and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No. 2:14-CV-01960 WBS-AC |
| BRUCE KAUFMAN, an individual,<br><br>            Plaintiff,<br>    v.<br><br>RITE AID CORPORATION, and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No. 2:14-CV-01961 JAM-KJN |
| CHRIS GONZALEZ, an individual,<br><br>            Plaintiff,<br>    v.<br><br>RITE AID CORPORATION, and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No. 2:14-CV-01963 KJM-AC |
| KATHRYN VON KOPP, an individual,<br><br>            Plaintiff,<br>    v.<br><br>RITE AID CORPORATION, and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No. 2:14-CV-01965 TLN-CKD |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

1    The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

   IT IS THEREFORE ORDERED that the actions denominated 2:14-CV-01946 TLN-EFB, 2:14-CV-01957 MCE-DAD, 2:14-CV-01960 WBS-AC, 2:14-CV-01961 JAM-KJN, 2:14-CV-01963 KJM-AC, and 2:14-CV-01965 TLN-CKD be reassigned to Judge John A. Mendez and Magistrate Judge Edmund F. Brennan for all further proceedings, and any dates currently set in this reassigned case _only_ are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:14-CV-01946 JAM-EFB, 2:14-CV-01957 JAM-EFB, 2:14-CV-01960 JAM-EFB, 2:14-CV-01961 JAM-EFB, 2:14-CV-01963 JAM-EFB, and 2:14-CV-01965 JAM-EFB.

   IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

   IT IS SO ORDERED.

Dated:  August 29, 2014

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge