1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                   EASTERN DISTRICT OF CALIFORNIA

9

10  TOM BAUSER, an individual,      )  Case No. 2:14-CV-01946 JAM-EFB
                                    )
11                                  )  **RELATED CASE ORDER**
                    Plaintiff,      )  Related to Nos.:
12                                  )  2:13-CV-02439 JAM-EFB
         v.                         )  2:14-CV-01946 JAM-EFB
13                                  )  2:14-CV-01957 JAM-EFB
                                    )  2:14-CV-01960 JAM-EFB
14  RITE AID CORPORATION, and DOES 1)  2:14-CV-01961 JAM-EFB
    through 50, inclusive,          )  2:14-CV-01963 JAM-EFB
15                                  )  2:14-CV-01965 JAM-EFB
                                    )  2:15-CV-00429 JAM-EFB
16                  Defendants.     )  2:15-CV-00622 JAM-EFB
                                    )  2:15-CV-00623 JAM-EFB
17                                  )  2:15-CV-02150 JAM-EFB
                                    )  1:15-CV-01721 JAM-EFB
18                                  )  1:15-CV-01748 JAM-EFB

19  MIKE CAMPBELL, an individual,   )  Case No. 2:15-CV-02396 JAM-CMK
                                    )
20                  Plaintiff,      )
                                    )
21       v.                         )
                                    )
22  RITE AID CORPORATION, and DOES 1)
    through 50, inclusive,          )
23                                  )
    Defendants.                     )
24  BRYCE WILLIAMS, an individual,  )  Case No. 1:15-CV-01874 JAM-SAB
                                    )
25                  Plaintiff,      )
                                    )
26       v.                         )
                                    )
27  RITE AID CORPORATION, and DOES 1)
    through 50, inclusive,          )
28                                  )
                    Defendants.     )

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005).  Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the Magistrate Judge assignment in the actions denominated 2:15-CV-02396 JAM-CMK and 1:15-CV-01874 JAM-SAB be reassigned to Magistrate Judge Edmund F. Brennan for all further proceedings.  Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:15-CV-02396 JAM-EFB and 1:15-CV-01874 JAM-EFB.

IT IS SO ORDERED.

Dated:  January 19, 2016

/s/ John A. Mendez_____
JOHN A. MENDEZ
United States District Court Judge