1 | MATTHEW RIGHETTI (Cal. State Bar No. 121012)
JOHN GLUGOSKI (Cal. State Bar No. 191551)
MICHAEL RIGHETTI (Cal. State Bar No. 258541)
RIGHETTI·GLUGOSKI, P.C.
456 Montgomery Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 983-0900
Facsimile: (415) 397-9005

Attorneys for Plaintiff
Rachel Chavez

JEFFREY D. WOHL (Cal. State Bar No. 96838)
JUSTIN M. SCOTT (Cal. State Bar No. 302502)
PAUL HASTINGS LLP
55 Second Street, 24th Floor
San Francisco, California 94105-3441
Telephone:   (415) 856-7000
Facsimile:   (415) 856-7100
jeffwohl@paulhastings.com
justinscott@paullhastings.com

Attorneys for Defendant
Rite Aid Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL CHAVEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>RITE AID CORPORATION, and DOES 1 through 50, inclusive,<br><br>Defendants. | No. 2:14-CV-01957-JAM-EFB<br><br>**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Judge:   Hon. John A. Mendez<br><br>Complaint Filed:   August 29, 2013<br>Trial Date:   October 23, 2017 |

Plaintiff Rachel Chavez and defendant Rite Aid Corporation, acting through their respective counsel of record, hereby stipulate that this action may be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, each side to bear its own costs and attorneys' fees.

Dated: March 7, 2017.

MATTHEW RIGHETTI
JOHN GLUGOSKI
MICHAEL RIGHETTI
RIGHETTI·GLUGOSKI, P.C.

By: /s/ Michael Righetti
Michael Righetti
Attorneys for Plaintiff
Rachel Chavez

Dated: March 7, 2017.

JEFFREY D. WOHL
JUSTIN M. SCOTT
PAUL HASTINGS LLP

By: /s/ Justin M. Scott
Justin M. Scott
Attorneys for Defendant
Rite Aid Corporation

1  MATTHEW RIGHETTI (Cal. State Bar No. 121012)
   JOHN GLUGOSKI (Cal. State Bar No. 191551)
2  MICHAEL RIGHETTI (Cal. State Bar No. 258541)
   RIGHETTI·GLUGOSKI, P.C.
3  456 Montgomery Street, Suite 1400
   San Francisco, California  94104
4  Telephone:  (415) 983-0900
   Facsimile:  (415) 397-9005
5
   Attorneys for Plaintiff
6  Rachel Chavez

7  JEFFREY D. WOHL (Cal. State Bar No. 96838)
   JUSTIN M. SCOTT (Cal. State Bar No. 302502)
8  PAUL HASTINGS LLP
   55 Second Street, 24th Floor
9  San Francisco, California  94105-3441
   Telephone:    (415) 856-7000
10 Facsimile:    (415) 856-7100
   jeffwohl@paulhastings.com
11 justinscott@paulhastings.com

12 Attorneys for Defendant
   Rite Aid Corporation
13

14                      UNITED STATES DISTRICT COURT

15                      EASTERN DISTRICT OF CALIFORNIA

16

17 | RACHEL CHAVEZ, an individual, | No. 2:14-CV-01957-JAM-EFB |

| Plaintiff, | **ORDER DISMISSING ACTION WITH PREJUDICE** |

| vs. | Judge: Hon. John A. Mendez |

| RITE AID CORPORATION, and DOES 1 through 50, inclusive, | Complaint Filed: August 29, 2013<br>Trial Date: October 23, 2017 |

| Defendants. | |

1  Pursuant to the stipulation of the parties, and good cause appearing therefor,

2  IT IS ORDERED that this action be and hereby is DISMISSED WITH PREJUDICE, each side

3 to bear its own costs and attorneys' fees.

4  Dated:  3/7/2017                              /s/ John A. Mendez_____
                                                 Hon. John A. Mendez
5                                                United States District Court Judge